UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICA EDWARDS,

    Plaintiff,

v

DTN MANAGEMENT COMPANY
and RENTGROW, INC.,

    Defendants.

Case No. 1:24-CV-00074

Hon. Jane M. Beckering

---

| | |
|---|---|
| Sarah Riley Howard<br>Elizabeth Geary<br>Pinsky Smith, PC<br>Attorneys for Plaintiff<br>146 Monroe Center, N.W., Suite 418<br>Grand Rapids, MI 49503<br>(616) 451-8496 | Matthew J. Lund<br>Noah J. DiPasquale<br>Troutman Pepper Hamilton Sanders LLP<br>Attorneys for Defendant RentGrow, Inc.<br>4000 Town Center, Suite 1800<br>Southfield, MI 48075<br>(248) 359-7300 |

---

**STIPULATION AND ORDER TO DISMISS ALL CLAIMS AGAINST DEFENDANT RENTGROW, INC.**

---

    Plaintiff and Defendant RentGrow, Inc., by their respective attorneys, hereby stipulate to dismiss all claims against Defendant RentGrow, Inc. only, with prejudice and without costs to any party. Plaintiff seeks an order of dismissal of Defendant RentGrow, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(2). All other claims remain pending.

                                                    PINSKY SMITH, PC
                                                    Attorneys for Plaintiff

<table>
<tr><td>Dated: August 14, 2024</td><td>By: /s/ Sarah R. Howard<br>Sarah Riley Howard<br>Elizabeth Geary<br>Pinsky Smith PC<br>146 Monroe Center, N.W., Suite 418<br>Grand Rapids, MI 49503<br>(616) 451-8496</td></tr>
<tr><td>Dated: August 14, 2024</td><td>TROUTMAN PEPPER, LLP<br>Attorneys for Defendant RentGrow, Inc.<br><br>By: /s/ Noah J. DiPasquale w/ permission<br>Matthew J. Lund<br>Noah J. DiPasquale<br>Troutman Pepper Hamilton Sanders LLP<br>4000 Town Center, Suite 1800<br>Southfield, MI 48075<br>(248) 359-7300</td></tr>
</table>

## ORDER

IT IS SO ORDERED.

Dated: August 15, 2024        /s/ Jane M. Beckering
                              Hon. Jane M. Beckering
                              United States District Court Judge