UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

**ERICA EDWARDS**,                                   File No. 1:24-CV-00074

    Plaintiff,                                    Hon. Jane M. Beckering

v.

**DTN MANAGEMENT COMPANY**,

    Defendant.
_____

# NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO RULE 68
_____

Pursuant to Federal Rule of Civil Procedure 68(a), Plaintiff hereby accepts Defendant's Offer of Judgment in favor of Plaintiff, Erica Edwards, and against Defendant, DTN Management Company, in the amount of $30,000.

                                              Respectfully submitted,
                                              PINSKY SMITH, P.C.

Dated: November 21, 2024                     By: */s/ Sarah R. Howard*
                                                          Sarah Riley Howard
                                                           Elizabeth Geary
                                                           Attorneys for Plaintiff
                                                           146 Monroe Center NW #418
                                                          Grand Rapids, MI 49503
                                                          showard@pinskysmith.com
                                                          Egeary@pinskysmith.com