UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICA EDWARDS,
    Plaintiff,

v

DTN MANAGEMENT COMPANY
and RENTGROW, INC.,
    Defendants.

CASE NO. 1:24-cv-00074

Hon Jane M Beckering

| PINSKY SMITH, P.C.<br>Sarah R. Howard (P)<br>*Attorneys for Plaintiff*<br>146 Monroe Center Street NW, #418<br>Grand Rapids, MI 49503<br>(616) 451-8496<br>*showard@pinskysmith.com* | MARK K. WASVARY, PC<br>Mark K. Wasvary (P51575)<br>*Attorneys for Defendant/DTN Only*<br>2401 W. Big Beaver Road, #100<br>Troy, MI 48084<br>(248) 649-5667<br>*mark@wasvarylaw.com* |
|---|---|

## OFFER OF JUDGMENT PURSUANT TO RULE 68

NOW COMES Defendant, DTN Management, by and through its attorneys, Mark K. Wasvary, P.C., and hereby makes an offer of judgment in favor of plaintiff, Erica Edwards, and against DTN Management Company in the amount of $30,000.00, inclusive of all costs, attorney fees, and damages up to today's date.

This offer is made pursuant to FRCP 68.

Respectfully Submitted,

MARK K. WASVARY, P.C.

By: /S/ Mark K. Wasvary
MARK K. WASVARY P51575
Attorneys for Defendant
2401 W. Big Beaver Road, #100
Troy, MI 48084
(248) 649-5667
*mark@wasvarylaw.com*

Dated: November 13, 2024