UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICA EDWARDS,

    Plaintiff,

v

DTN MANAGEMENT COMPANY,

    Defendant.

Case No. 1:24-CV-00074

Hon. Jane M. Beckering

| | |
|---|---|
| Sarah Riley Howard<br>Elizabeth Geary<br>Pinsky Smith, PC<br>Attorneys for Plaintiff<br>146 Monroe Center, N.W., Suite 418<br>Grand Rapids, MI 49503<br>(616) 451-8496<br>showard@pinskysmith.com<br>egeary@pinskysmith.com | Mark K. Wasvary<br>Mark K. Wasvary, PC<br>Attorneys for Defendant DTN Management<br>2401 W. Big Beaver Road, #100<br>Troy, MI 48084<br>(248) 649 – 5667<br>Mark@wasvarylaw.com |

## PROOF OF SERVICE

Elizabeth Geary, Attorney at Pinsky Smith, PC, states that on **November 19, 2024** she served **PLAINTIFF'S WRITTEN NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** upon Mark K. Wasvary, Mark K. Wasvary, PC, 2401 W. Big Beaver Road, #100, Troy, MI 48084 via email only to mark@wasvarylaw.com with electronic notification of filing of this Proof of Service via this Court's ECF notifications sent to all parties of record.

Dated: November 21, 2024        By: */s/ Elizabeth Geary*
                                                      Elizabeth Geary
                                                      Pinsky Smith PC
                                                      Attorneys for Plaintiff