UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICA EDWARDS,

        Plaintiff,

v

        Case No. 1:24-cv-74
        Hon. Jane M. Beckering

DTN MANAGEMENT COMPANY et al.,

        Defendants.

_____/

## CLERK'S NOTICE OF JUDGMENT

In accordance with Defendants' Rule 68 Offer of Judgment and Plaintiff's Acceptance of Defendants' Rule 68 Offer of Judgment [Dk. #43];

JUDGMENT is entered in favor of Plaintiff, and against DTN Management Company, in the amount of Thirty Thousand and 00/100 dollars ($30,000.00), inclusive of all costs, and attorney fees, and damages up to today's date.

Dated: November 25, 2024

ANN E. FILKINS
Clerk of the Court

By: _____/s/ M. Carlson_____
        Deputy Clerk